Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd. 4th Floor
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT,
## EASTERN DISTRICT OF CALIFORNIA- SACRAMENTO DIVISION

| | |
|---|---|
| REGINA CAIN, | Case No.: 2:09-cv-03015-FCD-DAD |
| Plaintiff, | **VOLUNTARY DISMISSAL** |
| v. | |
| NCO FINANCIAL SYSTEMS, INC, | |
| Defendant. | |

### VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, REGINA CAIN, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: December 9, 2009                    KROHN & MOSS, LTD.


                                By:/s/ Ryan Lee

                                    Ryan Lee

                                Attorneys for Plaintiff,
                                REGINA CAIN